# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# COLUMBUS DIVISION

| | |
|---|---|
| KEITH HOBBS, individually and on behalf of others similarly situated,<br><br>        Plaintiff,<br><br>    v.<br><br>APOLLO INTERACTIVE, INC.<br><br>        Defendant. | Case No. 4:19-cv-00057-CDL<br><br>JURY TRIAL DEMANDED |

## ORDER ON DEFENDANT'S MOTION FOR PROTECTIVE ORDER

Before the Court is Defendant Apollo Interactive, Inc.'s Motion for Protective Order. For good cause shown, the Motion is hereby GRANTED. Discovery shall be stayed until the Court rules on the pending Motion to Dismiss or, in the Alternative, Compel Arbitration (Doc. 14). Defendant is relieved from responding to Plaintiff's pending discovery requests and shall have thirty (30) days from the date of the Court's ruling on the Motion to Dismiss or, in the Alternative, Compel Arbitration to respond to Plaintiff's discovery requests. If Plaintiff believes that certain discovery is necessary to respond to the pending motion, Plaintiff shall specifically describe in its response to the pending motion the discovery that it deems necessary and why it is needed.

SO ORDERED this 12th day of August, 2019.

                                          ____S/Clay D. Land
                                          The Honorable Clay D. Land
                                          Judge, United States District Court
                                          Middle District of Georgia