# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# COLUMBUS DIVISION

| | |
|---|---|
| KEITH HOBBS, individually and on behalf of others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>APOLLO INTERACTIVE, INC.<br><br>    Defendant. | Case No. 4:19-cv-00057-CDL<br><br>JURY TRIAL DEMANDED |

## DEFENDANT'S MOTION FOR LEAVE TO FILE COUNTERCLAIMS

Defendant Apollo Interactive, pursuant to Rule 13 and 15(a) of the Federal Rules of Civil Procedure, moves the Court for leave to file counterclaims against Plaintiff. The reasons in support of Defendant's Motion are set forth fully in their Memorandum of Law filed contemporaneously herewith.

WHEREFORE, Defendant respectfully requests that this Motion be granted and that the Court grants it leave to file its counterclaims against Plaintiff.

Dated September 30, 2019.   Respectfully Submitted,

*/s/ Michael P. Bruyere*
Michael P. Bruyere
Ga. Bar No. 090101
Matthew N. Foree
Ga. Bar No. 268702

- 2 -

                Freeman Mathis & Gary, LLP
                100 Galleria Parkway, Suite 1600
                Atlanta, GA 30339
                Telephone:  (770) 818-1435
                mbruyere@fmglaw.com
                mforee@fmglaw.com

Derek A. Newman,
*Pro Hac Vice*
Keith Scully
*Pro Hac Vice*
Newman Du Wors LLP
2101 Fourth Avenue, Suite 1500
Seattle, WA 98121
206.274.2800 - Phone
206.274.2801 - Fax
dn@nemanlaw.com
keith@newmanlaw.com

*Counsel for Defendant Apollo Interactive, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this day I electronically filed the within and foregoing **DEFENDANT'S MOTION FOR LEAVE TO FILE COUNTERCLAIMS** with the Clerk of Court using the CM/ECF system, which will automatically send electronic mail notification of such filing to the following counsel of record:

Anthony L. Paronich, Esq.
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043

Kris Skaar
Justin T. Holcombe
Skaar & Feagle, LLP
133 Mirramont Lake Drive
Woodstock, GA 30189

James M. Feagle
Cliff R. Dorsen
Skaar & Feagle, LLP
2374 Main Street, Suite B
Tucker, GA 30084

Submitted this 30th day of September, 2019.

/s/Michael P. Bruyere
Michael P. Bruyere
Ga. Bar No. 090101

*Counsel for Defendant Apollo Interactive, Inc.*

FREEMAN MATHIS & GARY, LLP
100 Galleria Parkway, Suite 1600
Atlanta, GA 30339
(770) 818-1435 (telephone)
(770) 937-9960 (facsimile)
Doc#15977846