IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| KEITH HOBBS, individually and on behalf of others similarly situated, | : | Case No. 4:19-cv-57 (CDL) |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| APOLLO INTERACTIVE, INC., | : | |
| | : | |
| Defendant. | : | |
| _____/ | | |

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

The parties file this stipulation of dismissal with prejudice pursuant to Fed.

R. Civ. P. 41(a)(1)(A)(ii) and 41(c) of all claims against each other. None of the

rights of any putative class members, other than the plaintiff, has been released or

are otherwise affected by this dismissal.

Respectfully submitted this 3rd day of March, 2020.

/s/ *Anthony L. Paronich*
Anthony L. Paronich (*pro hac vice*)
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043

Kris Skaar
Ga. Bar No. 649610
Justin T. Holcombe
Ga. Bar No. 552100

/s/ *Michael P. Bruyere*
Michael P. Bruyere
Ga. Bar No. 090101
Matthew N. Foree
Ga. Bar No. 268702
FREEMAN MATHIS & GARY, LLP
100 Galleria Parkway, Suite 1600
Atlanta, GA 30339
Telephone:    (770) 818-1435
mbruyere@fmglaw.com

1

Skaar & Feagle, LLP
133 Mirramont Lake Drive
Woodstock, GA 30189

James M. Feagle
Ga. Bar No. 256916
Skaar & Feagle, LLP
2374 Main Street, Suite B
Tucker, GA 30084

*Counsel for Plaintiff*

mforee@fmglaw.com
Derek A. Newman,
*Pro Hac Vice*
Keith Scully
*Pro Hac Vice*
NEWMAN DU WORS LLP
2101 Fourth Avenue, Suite 1500
Seattle, WA 98121
206.274.2800 - Phone
206.274.2801 - Fax
dn@nemanlaw.com
keith@newmanlaw.com

*Counsel for Defendant Apollo Interactive, Inc.*